11 WEST 42ND STREET, INC., Appellant, v. ELZEE REALTY CORP., Respondent. — Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ. [Order denied motion for preference.]

CARMEN SALVADOR, Respondent, v. FRED ASTAIRE DANCE STUDIOS CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ. [Order denied examination before trial.]